IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDERNESS WATCH, ALLIANCE FOR THE WILD ROCKIES, GALLATIN WILDLIFE ASSOCIATION, and YELLOWSTONE TO UINTAS CONNECTION,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of Interior,<br><br>Defendant. | CV 23–77–M–DWM<br><br>ORDER |

Counsel for Defendant United States Fish and Wildlife Service having appeared in this action, (*see* Doc. 13),

IT IS ORDERED that Defendant's response to the pending motion for preliminary injunctive relief (Doc. 6) is due on or before July 18, 2023. Plaintiffs' reply, if any, is due on or before July 25, 2023.

DATED this 12th day of July, 2023.

Donald W. Molloy, District Judge
United States District Court