IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDERNESS WATCH, ALLIANCE FOR THE WILD ROCKIES, GALLATIN WILDLIFE ASSOCIATION, and YELLOWSTONE TO UINTAS CONNECTION,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FISH & WILDLIFE SERVICE, an agency of the U.S. Department of Interior,<br><br>Defendant,<br><br>and<br><br>MONTANA DEPARTMENT OF FISH, WILDLIFE AND PARKS,<br><br>Defendant-Intervenor. | CV 23–77–M–DWM<br><br>ORDER |

Federal Defendants seek to extend their deadline for filing a responsive pleading and submitting a proposed case management order. (Doc. 30.) Plaintiffs do not oppose the request, (*id.* at 2), but Defendant-Intervenor Montana Department of Fish, Wildlife and Parks objects on the ground that delay may prevent a merits decision before the next construction season, (Doc. 31).

1

Ultimately, while Federal Defendants are given additional time now, Montana Fish, Wildlife and Parks' concern is valid and a schedule shall be set that permits for the resolution of the case before next summer's construction season.

Accordingly, IT IS ORDERED that the motion to extend (Doc. 30) is GRANTED. Federal Defendants answer is due on or before September 27, 2023, and the parties' joint case management plan is due on or before October 4, 2023. Under that case management plan, dispositive briefing may resolve no later than March 2024.[1] The Court's August 15, 2023 Order shall remain in full force and effect in all other respects. (*See* Doc. 29.)

DATED this 17th day of August, 2023.

Donald W. Molloy, District Judge
United States District Court

---

[1] In proposing their schedule, the parties should note that dispositive briefing will not be stayed by the filing of motions to dismiss, supplement, or amend. Once set, the case will proceed to the merits on the schedule outlined in the case management order.