**Sarah Clerget**
Chief Legal Counsel
Montana Department of Fish, Wildlife and Parks
1420 East Sixth Avenue
P.O. Box 200701
Helena, MT 59620-0701
ph: (406) 444-4047
     sclerget@mt.gov
*Attorney for Montana Department of Fish, Wildlife and Parks*
*Defendant-Intervenor*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
MISSOULA DIVISION

| | |
|---|---|
| WILDERNESS WATCH, ALLIANCE FOR THE WILD ROCKIES; GALLATIN WILDLIFE ASSOCIATION; and YELLOWSTONE TO UINTAS CONNECTION,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of Interior,<br><br>        Defendant,<br><br>and<br><br>MONTANA DEPARTMENT OF FISH, WILDLIFE AND PARKS,<br><br>        Defendant-Intervenor. | Case No. 9:23-cv-00077-DWM<br><br>**NOTICE OF APPEAL BY DEFENDANT-INTERVENOR MONTANA DEPARTMENT OF FISH, WILDLIFE AND PARKS** |

Pursuant to Federal Rules of Appellate Procedure 3 and 4(a)(1)(B), notice is hereby given that Montana Department of Fish, Wildlife and Parks, Defendants-Intervenors in Case No. 9:23-CV-00077-DWM, hereby appeal to the U.S. Court of Appeals for the Ninth Circuit from this Court's Opinion and Order granting Plaintiff's motion for a preliminary injunction filed on June 27, 2023.

A Representation Statement is attached pursuant to Ninth Circuit Rule 3-2(b).

Dated this 31st day of August, 2023.

      /s/ Sarah M. Clerget
      Sarah M. Clerget
      Chief Legal Counsel

**Sarah Clerget**
Chief Legal Counsel
Montana Department of Fish, Wildlife and Parks
1420 East Sixth Avenue
P.O. Box 200701
Helena, MT 59620-0701
ph: (406) 444-4047
   sclerget@mt.gov
*Attorney for Montana Department of Fish, Wildlife and Parks Defendant-Intervenor*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
MISSOULA DIVISION

| | |
|---|---|
| WILDERNESS WATCH, ALLIANCE FOR THE WILD ROCKIES; GALLATIN WILDLIFE ASSOCIATION; and YELLOWSTONE TO UINTAS CONNECTION,<br><br>     Plaintiffs,<br><br>  v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of Interior,<br><br>     Defendant,<br><br>and<br><br>MONTANA DEPARTMENT OF FISH, WILDLIFE AND PARKS,<br><br>     Defendant-Intervenor. | Case No. 9:23-cv-00077-DWM<br><br>**REPRESENTATION STATEMENT** |

Pursuant to Ninth Circuit Rule 3-2, Defendant-Intervenor Montana Department of Fish, Wildlife and Parks, submits this representation statement identifying all parties to the action and the names, addresses, and telephone numbers of their respective counsel:

1. Appellant Montana Department of Fish, Wildlife and Parks:

    Sarah M. Clerget
    PO Box 200701
    Helena, MT 59620-0701
    (406) 444-4047
    sclerget@mt.gov

2. Appellee Wilderness Watch for the Rockies, Gallatin Wildlife Association, and Yellowstone and Unitas Connection:

    Andrew Hursch
    Wilderness Watch
    PO Box 9175
    Missoula, Montana 59807
    (913) 660-6034
    andrewhursh@wildernesswatch.org

3. Defendant United States Fish and Wildlife Services, an agency of the U.S. Department of Interior:

    Davené D. Walker
    Anthony D. Ortiz
    United States Department of Justice
    PO Box 7611
    Washington, DC 20044-7611
    (202) 353-9213
    (202) 307-1147
    (202) 305-0275 (Fax)
    davene.walker@usdoj.gov
    anthony.d.ortiz@usdoj.gov

Dated this 31st day of August, 2023.

                              */s/ Sarah M. Clerget*
                              Sarah M. Clerget
                              Chief Legal Counsel

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via the Court's CM/ECF system on all counsel of record.

                                             */s/ Regina Reynolds*
                                             Regina Reynolds