IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDERNESS WATCH, ALLIANCE FOR THE WILD ROCKIES, GALLATING WILDLIFE ASSOCIATION, and YELLOWSTONE TO UINTAS CONNECTION,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendant,<br><br>and<br><br>MONTANA DEPARTMENT OF FISH, WILDLIFE AND PARKS,<br><br>Intervenor-Defendant. | CV 23–077–M–DWM<br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a)(2), (Doc. 38),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE. All pending motions are MOOT and all deadlines are

1

TERMINATED. The Court retains jurisdiction for 60 days over any motions for attorney's fees and costs.

DATED this 29th day of September, 2023.

Donald W. Molloy, District Judge
United States District Court