|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | OCT 11 2023 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

WILDERNESS WATCH; et al.,

    Plaintiffs-Appellees,

 v.

UNITED STATES FISH AND WILDLIFE SERVICE,

    Defendant,

and

MONTANA DEPARTMENT OF FISH, WILDLIFE AND PARKS,

    Intervenor-Defendant-Appellant.

No. 23-35577

D.C. No. 9:23-cv-00077-DWM
District of Montana,
Missoula

ORDER

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 7) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA135