IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDERNESS WATCH, ALLIANCE FOR THE WILD ROCKIES, GALLATIN WILDLIFE ASSOCIATION, and YELLOWSTONE TO UINTAS CONNECTION,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of Interior,<br><br>Defendant. | CV 23–77–M–DWM<br><br><br>ORDER |

The parties having agreed to the amount of attorney fees in the case,

IT IS ORDERED that the parties' stipulation (Doc. 43) is APPROVED.

Plaintiffs' pending motion for attorney fees (Doc. 41) is DENIED as MOOT.

DATED this 15t day of December, 2023.

_____
Donald W. Molloy, District Judge
United States District Court